## LETTERS ROGATORY

JOSE ANTONIO NAVARRETE HERNANDEZ, MASTERS AND JUDGE THIRTY-SEVENTH OF THE FAMILY OF MEXICO CITY, FEDERAL DISTRICT, I ADDRESS TO YOU MEXICAN CONSUL IN THE CITY OF TAMPA, STATE OF FLORIDA, UNITED STATES OF AMERICA, TO WHOM I HAVE THE HONOR TO ADDRESS BY LETTERS ROGATORY.

### I MAKE YOU KNOW

THAT IN THE WRITS OF THE ORDINARY CIVIL TRIAL, DISSOLUTION AND LIQUIDATION OF THE MARRIAGE SOCIETY, PROMOTED BY GONZALEZ GARDUÑO MARINA LOURDES V.S. CARLOS LARA OSORNO, FILE 529/2014, IT WAS SENTENCED TO SEND THE LETTERS ROGATORY so that in aid of the work of this Court to send documents of the evidence marked with numerals 6, 7 and 8 in the terms offered by the promoter, which should be rendered in the term of NINETY CALENDAR DAYS, according to what offered as proof in the present trial REGARDING THE FOLLOWING CONSTANCIES:

### REQUESTING AUTHORITY

JUDGE THIRTY-SEVENTH OF THE FAMILY OF THE SUPERIOR COURT OF JUSTICE OF THE FEDERAL DISTRICT, WITH ADDRESS IN AVENUE JUAREZ NUMBER EIGHT, 12 FLOOR, COLONY CENTRO, DELEGATION CUAUHTEMOC, ZIP CODE 06010 IN MEXICO CITY, FEDERAL DISTRICT.

### REQUIRED AUTHORITY

THE MEXICAN CONSUL IN THE CITY OF TAMPA, STATE OF FLORIDA BY MEANS OF THE GENERAL DIRECTORATE OF LEGAL MATTERS OF THE MINISTRY OF FOREIGN AFFAIRS.

### IDENTITY OF THE PARTIES:

**PLAINTIFF**: GONZALEZ GARDUÑO MARINA LOURDES

**LEGAL REPRESENTATIVES**: ANA MARIA KUDISH CASTELLO, SANDRA PEREZ PALMA, YOSELIN GABRIELA CORTES MENDOZA, JUAN JESUS LUNA GARCIA.

**ADDRESS**: AGUSTIN GONZALEZ DE COSSIO NUMBER 229, COLONIA DEL VALLE, ZIP CODE 03100, DELEGATION BENITO JUAREZ IN MEXICO CITY, FEDERAL DISTRICT

**DEFENDANT**: CARLOS LARA OSORNO

**LEGAL REPRESENTATIVE**: NOT AUTHORIZED

**ADDRESS**: NOT APPOINTED

## NATURE AND STAGE OF PROCEEDINGS

**TRIAL: ORDINARY CIVIL, DISSOLUTION AND LIQUIDATION OF THE MARRIAGE SOCIETY.**

IT IS REQUESTED BY GONZALEZ GARDUÑO MARINA LOURDES, ORDINARY CIVIL TRIAL, DISSOLUTION AND LIQUIDATION OF THE MARRIAGE SOCIETY.

STAGE OF PROCEEDINGS: DISSOLUTION AND LIQUIDATION OF THE GOODS OF THE MARRIAGE SOCIETY.

Reason why and in order to accredit the income of MR. CARLOS LARA OSORNO, it is requested a report from the Legal Representative of BANK OF AMERICA N.A., with address in DOWNTOWN TAMPA 101, E. KENNEDY BLVD., TAMPA FLORIDA 33602 IN THE UNITED STATES OF AMERICA, consisting of the hereinafter:

To send authorized copy of the statements of account of the last five years of accounts number 5010 0257 0309, 5010 0257 0286 and 5010 0257 0299a in the name of CARLOS LARA OSORNO or any other account in his name, in order to be able to dissolve and liquidate the marriage society between the parties.

A certified document is asked regarding what requested with the corresponding translation in Spanish.

THEREFORE IT WAS ORDERED TO SEND DOCUMENT to the Legal Representative of BANK OF AMERICA N.A., with address in DOWNTOWN TAMPA 101, E. KENNEDY BLVD., TAMPA, FLORIDA 33602, IN THE UNITED STATES OF AMERICA.

## ACTS OF INSTRUCTION TO BE PERFORMED

The writs dated June 23, July 7, August 7, September 22 of 2014, all dictated by Judge Thirty-Seventh of the Family of the Superior Court of Justice of the Federal District ordering to send LETTERS ROGATORY to the MEXICAN CONSUL IN THE CITY OF TAMPA, STATE OF FLORIDA, and to send official document by the required authority, Banking Institution BANK OF AMERICA, N.A., with address in DOWNTOWN TAMPA 101, E. KENNEDY BLVD., TAMPA, FLORIDA 33602 IN THE UNITED STATES OF AMERICA, to render the hereinafter:

To send authorized copy of the statements of account of the last five years of the accounts number 5010 0257 0309, 5010 0257 0286 and 5010 0257 0299a in the name of CARLOS LARA OSORNO or any other in this name, in order to be able to dissolve and liquidate the marriage society between the parties.

We request certified document covering what requested with the corresponding translation in Spanish.

WRITS THAT READ: Mexico City, Federal District November 25, 2014. Add to your writs the document that the legal agent, MARINA LOURDES GONZALEZ GARDUÑO venting what ordered in writs; in virtue with the complete address and cleared by the plaintiff, send once again the letters rogatory to the MEXICAN CONSUL IN THE CITY OF TAMPA, STATE OF FLORIDA, in the terms ordered by previous documents and with the transcription of this document.- NOTIFY. It was given and signed by Judge Thirty-Seventh of the Family of the Federal District, Master JOSE ANTONIO NAVARRETE HERNANDEZ, before the Secretary of Agreements Master EDITH DIAZ MEZA, with whom he acts and attests.- ANOTHER WRIT: Mexico, Federal District, June 23, 2014. Add to your writs this document of the legal representative of the plaintiff, taking into consideration the procedural status of the present writs, with basis on article 133 of the Code of Civil Procedures, it is declared rebellion in which CARLOS LARA OSORIO has incurred to provide evidence on his side, therefore it is precluded his right to do so later. On the other hand taking into consideration that the period of TEN DAYS has concluded in excess, given to the parties to offer evidence in agreement with the certification made in this same date, with basis on what established by articles 298, 299 and similar of the Code of Civil Procedures, we pass to provide evidence regarding the one offered by the plaintiff, of which proofs presented by numerals 14, 15, 18, 30, 53 and 60 were not admitted as they are documents that formed part of Public Archive and before Public Notary, plaintiff had the obligation to accredit her petition before the latter, as well as to exhibit all and every one of the documents basis of the action together with her initial document of demand, in agreement with articles 95, section II, 97, 98, 99, 100, 255 section V of the Code of Civil Procedures. With the exceptions stated heretofore and with the established features of this document, the proofs marked with numerals 24, 26, 27, 36, 37, 38, 40, 42, 45, 46, 50, 51 and 54 are admitted and are added only in simple copies. In order that the Audience of Law takes place and taking into consideration the excessive work that there exists in this Court, and the number of hearings programmed into the agenda of Secretariat "A", as is justified by analogy of what stated by the SUPREME COURT OF JUSTICE OF THE NATION, on page 519, Fifth Epoch, Book LXVIII, of the Judicial Gazette of the Federation, that this Judgmental endorses, same that reads: "CONSTITUTIONAL HEARING APPOINTMENT OF". If it is true that according to article 147 of the Habeas Corpus Law, it is necessary to state in the writ admitting the lawsuit, the day and hour for the hearing no later than 30 days, it is also true that by this legal disposition has to be understood in working days harmonizing with the difficulties that arise in the practice, as there are many businesses that are heard in the Federal Courts and it would be impossible to observe the Law in this regard, consequently the resolution of a Judge of District to fix the hearing in a later date of the 30 days marked by Law, if such assignment obeys to these needs and not by bad faith or willful misconduct on the part of the judge", it is appointed AUGUST EIGHTEEN OF TWO THOUSAND FOURTEEN. In preparation of the confessional of defendant, according to the contents of writ dated May 19, 2014, summon him

by Judicial Bulletin so that in the mentioned date he appears to absolve positions previously exhibited and qualified as legal, warned that if he does not appear without a reasonable excuse, he would be taken as confessed according to articles 309 and 322 of the Code of Civil Procedures. Regarding article 357 of the Code of Civil Procedures, plaintiff states under protest to tell the truth that she is unable to present the witness ARMENIA GÜEMEZ MATA, make once more the corresponding Certificate of Notification and deliver it to the Officer and Executor assigned to this Court so that he proceeds to summon the latter in the address appointed in writs so that she appears as Witness, warning her that in case she does not appear, she will have a fine of $6,000.00 (SIX THOUSAND PESOS 00/100 Mexican Currency) for contempt of a court order with basis on article 73 section I of the Code of Civil Procedures and without damage of being presented by means of public force. On the understanding that exhausted all measures of compulsion and not achieving the citation, such evidence shall be declared void. Likewise in case the address given by plaintiff is not correct or is stated only for delaying the hearing, plaintiff shall be charged with the fine previously stated for her litigant without prejudice that it is declared false, and declaring such proof as void. In order to issue the letters rogatory marked with numbers 6, 7 and 8, request plaintiff so that in the term of TEN DAYS she exhibits the translation to the corresponding language by expert translator and once done we shall proceed with its preparation. Send the documents of the proofs marked with numerals 4, 9, 10, 11, 12, 13, 48, 56, 59 (regarding the last two years) and 61 in the terms requested by plaintiff, which should be rendered in the term of TEN DAYS, warned that in case of not doing so in the term stated she will be fined with the amount of $6,000.00 (SIX THOUSAND PESOS 00/100 Mexican Cy.) for not obeying a judicial order with basis on article 73 section I of the Code of Civil Procedures. Regarding proofs marked with numerals 58 and 60 as they are foreign proofs, they are granted a term of SIXTY CALENDAR DAYS for presenting them. Likewise, the plaintiff is requested that she presents in the period of THREE DAYS a Deposit Ticket issued by Banco del Ahorro Nacional and Servicios Financieros S.N.C. (BANSEFI) to this Court in the amount of $7,500.00 (SEVEN THOUSAND FIVE HUNDRED PESOS 00/100 Mexican Cy.) for each proof in order to proceed with the same, amount as guarantee to back the fine in case of not presenting such proof. Once done the previous with the necessary provisions, release attentive exhort to THE COMPETENT JUDGES IN MONTERREY, NUEVO LEON and CANCUN, QUINTANA ROO, in order that by their means and in aid of this Court, they proceed to send official documents of the proofs marked with numerals 58 and 60 in the terms requested by plaintiff, warned that in case of not venting such proofs within the stated period, it will be declared null by lack of interest of plaintiff with basis on article 281 of the Code of Civil Procedures. Regarding proof marked with number 49, send notification to the MINISTRY OF TRANSPORT AND HIGHWAYS IN THE FEDERAL DISTRICT, so that within the period of TEN DAYS they inform this Court if Mr. CARLOS LARA OSORNO is the owner or not of vehicle Expedition 2007 and Mazda 2013, as well as of two vans Tiguan Model 2013, with the warning that in case of not doing so they will be charged with a fine of $6,000.00 (SIX THOUSAND PESOS 00/100 Mx. Cy.) for not following a legal order with basis on article 73 section I of the Code of Civil Procedures. Make

available for the provider of the proof, the offices of the evidence admitted so that in the term of THREE DAYS from the date of the effectiveness of the writ she picks them up, and in the term of another THREE MORE DAYS proving conclusively whether processing before this Court, apperceived that in case of failure to do so these proofs would be declared deserted for lack of legal interest of the offeror thereof. NOTIFY.- It was provided and signed by Judge Thirty-Seventh of the Family, Master JOSE ANTONIO NAVARRETE HERNANDEZ before the Secretary of Agreements Master EDITH DIAZ MEZA with whom he acts and attests.

Another writ Mexico City, Federal District, July 7, 2014.- To your writs the document of the legal representative of MARINA LOURDES GONZALEZ GARDUÑO, having as made her statements and regarding the same as requested, with basis on articles 55 and 272G of the Code of Civil Procedures, we proceed to clear the condusive part of the document dated June 23, 2014 to have it stated: "...regarding the Letters Rogatory marked with numerals 6, 7 and 8, request plaintiff so that in the term of THREE DAYS she exhibits by means of Deposit Ticket issued by Banco del Ahorro Nacional y Servicios Financieros S.N.C. (BANSEFI) to this Court the amount of $10,000.00 (TEN THOUSAND PESOS 00/100 MX. CY.) for each proof in order to proceed with the same, amount that will back as guarantee the fine in case of not rendering such proof in favor of her co-litigant; once it is done with the necessary attach
ments and by means of the GENERAL DIRECTORATE OF LEGAL MATTERS OF THE MINISTRY OF FOREIGN AFFARIS, send attentive LETTERS ROGATORY TO THE MEXICAN CONSUL IN THE CITY OF HOUSTON, STATE OF TEXAS; IN THE CITY OF TAMPA, STATE OF FLORIDA, AND IN NEW YORK CITY, NEW YORK, THE THREE IN THE UNITED STATES OF AMERICA, respectively in order that in aid of this Court, they send documents of the proofs marked with numbers 6, 7 and 8 in the terms offered by the promoter, which must be rendered with a terms of NINETY CALENDAR DAYS, the previous in attention that they were offered as proofs in the present trial.- NOTIFY.- It was provided and signed by Judge Thirty-Seventh of the Family, Master JOSE ANTONIO NAVARRETE HERNANDEZ, before the secretary of agreements Master EDITH DIAZ MEZA, with whom he acts and attests.

ANOTHER WRIT: Mexico City, Federal Distsrict August 7, 2014. Add to your writs this document and we consider MARINA LOURDES GONZALEZ GARDUÑO as appearing with three deposit tickets numbers V537969, V537970 and V537971 in the amount of $10,000.00 (TEN THOUSAND PESOS 00/100 MX. CY.) each issued by Banco del Ahorro Nacional y Servicios Financieros S.N.C. (BANSEFI), which it is ordered to be recorded in the Book of Values and to keep them in the safe of the Court as guarantee for the venting of the foreign proofs admitted, therefore make letters rogatory in the terms ordered in writ dated June 7, 2014. NOTIFY.- It was provided and signed by Judge Thirty-Seventh of the Family, Master JOSE ANTONIO NAVARRETE HERNANDEZ, before the Secretary of Agreements, Master EDITH DIAZ MEZA, with whom he acts and attests.

----- ANOTHER WRIT: IN MEXICO CITY, FEDERAL DISTRICT, being NOON OF SEPTEMBER 22, 2014, day and hour appointed in writs, so that the hearing of Law takes place, they are present in the Court Thirty-Seventh of the Family before the presence of its principal Master JOSE ANTONIO NAVARRETE HERNANDEZ, who acts legally assisted by the Secretary of Agreements, Master EDITH DIAZ MEZA, there appearing personally the plaintiff MARINA LOURDES GONZALEZ GARDUÑO, by means of her legal representative, YOSELIN GABRIELA CORTES MENDOZA, ESQ., identifying herself with certified copy of her professional certificate number 6486009, issued by the General Directorate of Professions of the Ministry of Public Education; documents which we had at sight and in this act are given back to the interested parties. We state that the defendant is not present nor any person to legally represent him, thus the JUDGE DECLARES FORMALLY OPEN THE HEARING, stating that it is in the date and hour appointed, and which takes place in the hereinafter terms: The Secretary of Agreements states a document of the plaintiff. THE JUDGE AGREES.- We consider the legal representative of plaintiff as appearing and making her statements regarding the petition, issue the letters rogatory, exhorts and documents in the terms ordered in previous writs. And taking into consideration that there are proofs pending to be presented, this hearing is differed for its continuation, in the understanding that the date and hour appointed is due to the excessive work that there exists in this Court, and the number of programmed hearings in the appointment book of the Secretariat "A", taking into consideration the similar criteria sustained by the SUPREME COURT OF JUSTICE OF THE NATION, on page 519, Fifth Epoch, Book LXVIII, of the Weekly Gazzete of the Federation that the judge makes his, which reads "CONSTITUTIONAL HEARING APPOINTMENT OF". If it is true that according to article 147 of the Habeas Corpus Law, it is necessary to state in the writ admitting the lawsuit, the day and hour for the hearing no later than 30 days, it is also true that by this legal disposition has to be understood in working days harmonizing with the difficulties that arise in the practice, as there are many businesses that are heard in the Federal Courts and it would be impossible to observe the Law in this regard, consequently the resolution of a Judge of District to fix the hearing in a later date of the 30 days marked by Law, if such assignment obeys to these needs and not by bad faith or willful misconduct on the part of the judge", it is appointed NOON OF OCTOBER 23, 2014, having to prepare the respective proofs in the terms ordered in previous writs, subsisting the warnings enacted in the same. Therefore, issue the corresponding Certificate of Notification and turn it to the Notifier and Executor, in order that ARMENIA GUEMEZ MATA is summoned at the address given by plaintiff, in the terms ordered in writ June 23, August 18, 2014 and with the transcript of this document. Concluding this hearing, the Secretary of Agreements states that it is finished being twelve hours and twenty-five minutes, issuing for constancy this document and it is signed by the ones which intervened in conjunction with the Judge and Secretary of Agreements with whom he acts and attests.

[Seal: GRACIELA ACUÑA MORALES — PERITO TRADUCTOR AUTORIZADO]

## NAME AND ADDRESS OF THE BANKING INSTITUTION

BANK OF AMERICA N.A., with address DOWNTOWN TAMPA 101, E KENNEDY BLVD., TAMPA, FLORIDA 33602 IN THE UNITED STATES OF AMERICA.

AND SO THAT BY MY ORDER IT HAS ITS MORE FAITHFUL AND ACCURATE COMPLIANCE ON BEHALF OF THE LEGAL SOVEREIGNTY, I REQUIRE IT THROUGH THIS LETTER ROGATORY AND ON MY PART I REQUEST YOU THAT AS SOON AS THIS IS IN YOUR POWER, PLEASE SEND IT IN ITS TERMS AND BE SURE OF MY RECIPROCITY IN SIMILAR CASES AND WHEN REQUIRED. GIVEN IN MEXICO CITY, FEDERAL DISTRICT ON DECEMBER 2, 2014. I ATTEST

AUTHORIZED PEOPLE: ANA MARIA KUDISH CASTELLO, SANDRA PEREZ PALMA, YOSELIN GABRIELA CORTES MENDOZA, JUAN JESUS LUNA GARCIA and SUSAN MYRES indifferently.

*The Conciliatory Secretary adhered to Court Thirty Seventh of the Family of the Federal District, with the attributions conferred to me by the General Agreement 43-24/2012 issued by the Judicial Council of the Federal District dated May 29, 2012.*

SILVIA JIMENEZ SANCHEZ, ESQ.

(SEAL OF THE COURT 37 OF THE FAMILY)

       THE SECRETARY "A" OF AGREEMENTS.

       ILLEGIBLE SIGNATURE

       MASTER EDITH DIAZ MEZA

I, GRACIELA MARIA ACUÑA-MORALES, EXPERT TRANSLATOR DULY AUTHORIZED BY THE SUPERIOR COURT OF JUSTICE OF MEXICO CITY, FEDERAL DISTRICT, ACCORDING TO PUBLICATION IN THE OFFICIAL JOURNAL NO. 128 DATED AUGUST 07, 2013, HEREBY CERTIFY THAT THE FOREGOING IS TO THE BEST OF MY KNOWLEDGE AND BELIEF, A TRUE AND CORRECT TRANSLATION OF THE DOCUMENT IN SPANISH.

MEXICO CITY, FEDERAL DISTRICT, FEBRUARY 05, 2015.

